FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 15 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

Dennis Louis Mitchell,
        Plaintiff(s),
vs.

Richard B Maner, individually and
d/b/a RICHARD B. MANER, and
RICHARD B. MANER, P.C.
        Defendant.

Writ of Mandate for Injunction and Temporary Restraining Order according to 28 U.S.C. § 1651, Fed Rule 21 and Fed Rule 65a(1)(2), (b)(1)(A)

**1  19-CV-1214**

This Writ of Mandate is in Support for Injunction and Temporary Restraining Order, therefore shows the following:

1. I, Dennis Louis Mitchell (Plaintiff in this matter), am a Flesh and Blood Pure White Man, a Living Soul on the Land, a Native American Cherokee, Indigenous to North and South America, Central America and all the adjoining islands. I am of the age of majority and competent to the following facts listed below. I do affirm that the facts herein are true and correct:

2. Defendant Richard B Maner, individually, is a resident, who also does business as RICHARD B. MANER, in and of Fulton County, Georgia, and is subject to the jurisdiction of this Court.

3. Defendant RICHARD B. MANER, P.C. regularly does business in Fulton County, Georgia, and is subject to the jurisdiction of this Court.

4. Attached hereto as Exhibit 1 is a true and accurate certified copy of a civil suit, Case number 2017CV299290 between Plaintiff and Defendants. Exhibit 1 is incorporated herein for all purposes by this reference.

5. On December 20, 2017, Defendants fraudulently administrated my affairs using fax or computer to file a foreclosure civil action suit against me without filing proof of the original indebtedness instrument, to support the claim for possession of property described as 305 Wilderlake Court SW, Atlanta, Georgia 30328.

6. On January 15, 2019, Defendants failed to state a claim for which relief can be granted so the case was dismissed prohibiting Defendants from being rewarded the property or any rights to the property.

7. Despite the case being dismissed, Defendants then advertised a foreclosure sale in legal newspapers to simulate ownership that in fact they do not possess, with intent to defraud me and dispose of property. Exhibit 2

8. Defendants are using the postal service to send mail to scheme and defraud me of property, addressing me in a fictitious, false or assumed title, other than my name, which is mail fraud according to Title 18 U.S. Code § 1341-1342. Exhibit 3.

9. Defendants published appropriations of my name and likeness to give a false-light of me before the public, all done without my consent.

10. As soon as I became aware of this breach and unauthorized sale, Richard B Maner was personally served notice on March 1, 2019 to **cease and desist** with any and all actions of the sale of property. Exhibit 4

11. Instead of Defendants adhering to order to cease, or having a meeting of the minds, Defendants willfully committed a wrongful foreclosure on property on March 5, 2019. Exhibit 4

12. Defendants breached the peace with his wrongful conduct resulted in wrongful trespass against me and my persons, which is an illegal conversion of rights and title of property.

13. Defendants willful conduct has caused severe infliction of emotional distressed in which I have sought medical attention. Exhibit 5

14. Defendants were negligent when they breached my personal information to public record agencies and other third parties without my consent. Defendants willful, un-warranted acts has also resulted in permanent release of my permanent data. Defendants negligence caused me to be a victim of identity theft, which is an invasion of my privacy according to Johnson v. Allen 613 S.E.2D 657 (Ga. App. Ct. 2005) and the Privacy Act of 1974. Exhibit 3.

15. As shown from the facts contained herein, unless Defendants are immediately restrained from carrying out this wrongful foreclosure on property, I will suffer immediate and irreparable injury to my equally guaranteed protected liberties to be free from any illegal seizures of property without due process of law.

16. Attached hereto as Exhibit 6 is a true and correct copy of the Certificate of Service showing evidence of notice and reasons why notice is not required.

WHEREFORE, Court must move in favor of my will for the following:

That the Court issue a temporary restraining order prohibiting Defendants from taking any judicial, or non-judicial actions, such as civil suits, but not limited liens, simulated sales, or the use of force, or use of courts, sheriff, police and other public officials, to dispose of property.

That the Court issue a temporary restraining order prohibiting Defendants from communicating personal or private data, information, or any appropriations of my name or likeness, to any public record agencies or to any third party.

That the Court set down at the earliest possible time a hearing on an interlocutory injunction in this cause; That upon said hearing in this cause that the Court issue an interlocutory injunction prohibiting defendants, their agents and assigns from coming within three hundred (300) feet of me, nor within three hundred (300) free of the property.

That upon a final hearing in this cause, that said interlocutory injunction be made permanent;

For such other and further relief that the Court deems just and proper under the circumstances.

This _15th_ day of March, 2019.

By:_____
Dennis Louis Mitchell, in propria persona
Expressly Reserving All Liberties without the
united States. [U.S.C. 1746(1)]


## VERIFICATION

I, Dennis Louis Mitchell, hereby verify, under penalty of perjury, under the laws of the united States of America, without the "United States" (Federal government), that the above statement of facts and laws is true and correct, according to the best of My current information, knowledge, and facts, so help me God, pursuant to 28 U.S.C. 1746(1). See Supremacy Clause (Constitution, Laws and Treaties are all the supreme Law of the Land).

By:_____
Dennis Louis Mitchell, in propria persona
Expressly Reserving All Liberties without the
united States. [U.S.C. 1746(1)]

CERTIFICATE OF SERVICE

I hereby certify and declare, under penalty of perjury, that I serve the foregoing Writ of Mandate for Injunction and Temporary Restraining Order with the Clerk of Court and copies have been mailed to the defendant's on record on this 15th day of March, 2019.

By: _Dennis Louis Mitchell_

PRINT NAME: _Dennis Louis Mitchell_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Served:

Richard B Maner

180 Interstate N Parkway

Suite 200

Atlanta, Georgia 30339